UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KARRIE LEHMAN,

    Plaintiff,

v.                                                     Case No. 1:19-cv-225
                                                    Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## JUDGMENT

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

       **IT IS SO ORDERED**.


Dated: April 13, 2020                                                      /s/ Ray Kent
                                                                               United States Magistrate Judge